**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PASCUAL LUNA, | ) |
| | ) |
| Plaintiff, | )   **Civil Action No.** |
| | )   **15-11477-IT** |
| v. | ) |
| | ) |
| MATTHEW CAMPBELL, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**TALWANI, D.J.**

Plaintiff Pascual Luna ("Luna") initiated this civil action last year while in custody at USP McCreary in Kentucky.  At that time, Luna's Application to Proceed in District Court Without Prepayment of Fees was granted and the clerk was directed to issue summons for service of the six defendants.  See Docket No. 6.   Assessment of the filing fee was deferred until Luna provided a copy of the required prison account statement.  Id.

Several months later, Luna filed a notice of change of address that he was transferred to FCI Berlin in New Hampshire.  See Docket No. 9.  Because it was unclear whether Luna received the summons package, he was directed to promptly advise the Court whether he did so. See Docket No. 18.  The Court allowed Luna's subsequent request for extension of time for service and the clerk reissued summons.  See Docket Nos. 20-22.

Now before the Court is Luna's second request for the clerk to reissue summons.  See Docket No. 24.  Luna seeks the Court's assistance and requests the clerk to deliver the summons

"free of cost."  Id.

In order to avoid further delay in this case, the Court will grant Luna's request.

Accordingly, it is hereby ORDERED that the Clerk shall reissue summons and the Clerk shall

forward the summons, complaint and the requisite service forms to the United States Marshals

Service so that service may be accomplished.  The time limit for service of the summons and

complaint shall be enlarged to a date 90 days after the date of this Order.  The court does not

anticipate granting any further extensions of time to complete service.

**So ordered.**

/s/ Indira Talwani
United States District Judge

Dated: 04/26/2016