UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PASCUAL LUNA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:15-cv-11477-IT |
| | * | |
| MATTHEW CAMPBELL, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER
October 17, 2016

TALWANI, D.J.

On October 11, 2016, the plaintiff, Pascual Luna, filed a Response to Order to Show Cause [#45], in which he requested that this court appoint counsel to represent him in this action. The court construes this request as a motion to appoint counsel. The court ALLOWS the motion and hereby STAYS the deadline for Luna to respond to Defendant Daniel Renczkowski's Motion for More Definitive Statement of the Claim [#37] and Defendant Rishi Gupta's Motion to Dismiss [#41] until it is determined whether pro bono counsel is available.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge