UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PASCUAL LUNA,<br><br>      Plaintiff,<br><br>v.<br><br>MATTHEW CAMPBELL, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)  Civil Action No.<br>)  15-11477-IT<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**TALWANI, D.J.**

The above referenced case was referred for the appointment of pro bono counsel to represent plaintiff Pascual Luna ("Luna") pursuant to the United States District Court for the District of Massachusetts Plan for the Appointment of Counsel for Indigent Parties in Civil Cases ("the Plan"). Order [#48]. At that time, the Court stayed the deadline for Luna to respond to Defendant Daniel Renczkowski's Motion for More Definitive Statement of the claim [#37] and Defendant Rishi Gupta's Motion to Dismiss [#41]. Id. On January 9, 2017, the Court stayed the deadline for Luna to respond to Defendant Matthew Campbell's Motion to Dismiss [#50] until the Court determined whether pro bono counsel was available [#51].

Despite substantial efforts to find counsel to represent Luna, no counsel has been located willing to accept a pro bono appointment in this matter. The Plan operates on a purely voluntary basis, and the resources are limited. Accordingly, Luna's request for counsel is DENIED and the stay of the deadlines for Luna to respond to the Defendants' motions is lifted. Luna will be afforded additional time, however, to respond to the pending motions without appointed counsel.

Based upon the foregoing, it is hereby ORDERED:

1.       The Order allowing Plaintiff Luna's motion for appointment of counsel is hereby REVOKED.

2.       Plaintiff Luna shall have until July 31, 2017, to file a response to Defendant Daniel Renczkowski's Motion for More Definitive Statement of the claim [#37], Defendant Rishi Gupta's Motion to Dismiss [#41], and Defendant Matthew Campbell's Motion to Dismiss [#50].  If Plaintiff Luna fails to file a timely response, the Court will consider the motions as unopposed.

4.       The Clerk shall send a copy of this order to Plaintiff along with courtesy copies of the pending motions.

**So ordered.**

    /s/  Indira Talwani
Indira Talwani
United States District Judge

Dated:  June 19, 2017